# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00262-CV

### C. R., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-FM-20-004849, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on May 16, 2022. By request to this Court dated May 27, 2022, Michelle Williamson requested an extension of time.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Michelle Williamson is hereby ordered to file the reporter's record in this case on or before June 6, 2022. If the record is not filed by that date, Williamson may be required to show cause why she should not be held in contempt of court.

It is ordered on May 31, 2022.


Before Chief Justice Byrne, Justices Kelly and Smith